AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America v. SCOTT COLUMBUS | ) ) ) ) ) ) ) | Case: 1:23-mj-00109<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 5/24/2023<br>Description: COMPLAINT W/ ARREST WARRANT |
|---|---|---|
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __SCOTT COLUMBUS__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date: __05/24/2023__

2023.05.24
16:52:46 -04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__ __Robin M. Meriweather, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __24MAY2023__, and the person was arrested on *(date)* __05JUNE2023__
at *(city and state)* __Rochester, New York__.

Date: __05JUNE2023__

*Arresting officer's signature*

__JAY M. BRAND      Special Agent__
*Printed name and title*