IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:23mj00109-RMM |
| ) | |
| SCOTT COLUMBUS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ENTRY OF APPEARANCE OF CJA COUNSEL

PLEASE NOTE the appearance of Lana Manitta, Esq. of The Law Office of Lana Manitta, PLLC, appointed pursuant to the Criminal Justice Act as counsel of record for Defendant, Scott Columbus, in the above-captioned matter.

Respectfully submitted,

SCOTT COLUMBUS
By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
Lana Manitta, DC Bar #989100
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

      I HEREBY CERTIFY THAT on this the 6TH day of July, 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By: _____/s/_____.
Lana Manitta, DC Bar #989100
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant